| | |
|---|---|
| GLORIA DEAN WILLIAMS,<br>　　　　Plaintiff,<br><br>V.<br><br>JERRY R. TILLETT and<br>JOSEPH H. FORBES, Jr.,<br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:15-CV-38-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 15, 20] and DISMISSES the action for lack of subject-matter jurisdiction. The clerk shall close the case.

**This Judgment Filed and Entered on June 28, 2016, and Copies To:**

| | |
|---|---|
| Grady L. Balentine, Jr. | (via CM/ECF Notice of Electronic Filing) |
| Ronald G. Baker | (via CM/ECF Notice of Electronic Filing) |
| Gloria Dean Williams | 100 Brace Ave. Apt. 1, Hertford, NC 27944<br>via US Mail |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

June 28, 2016　　　　　　　　　　　　(By) /s/ Nicole Briggeman

　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk